# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. DIKES, an individual, NATIONAL HEATING COMPANY, a sole proprietorship, JASON HICKS, an individual,<br><br>Defendants. | Cause No. C18-061 RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CHRISTOPHER A. DIKES** |

This matter having come before the Court on Plaintiff's Motion for Default Judgment against Christopher A. Dikes, and the Court having considered the Motion and all supporting documents, the Court hereby **GRANTS** the Motion for Default Judgment and enters Judgment against Christopher A. Dikes. as follows:

Christopher A. Dikes is not entitled to coverage under the policy issued by United Financial Casualty Company (UFCC). Accordingly, Christopher A. Dikes is not entitled to a defense in the underlying claim made by Jason Hicks to UFCC as claim number 17-2015809 or any related claims made arising from the automobile accident occurring on November 12, 2016. Neither is Christopher A. Dikes entitled to indemnification for any settlement or judgment related to the claims made by Jason Hicks or any related claims made arising from the automobile accident occurring on November 12, 2016.

IT IS SO ORDERED this 22nd day of March 2018.

*signature*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

LETHER & ASSOCIATES, PLLC

*/s/ Eric J. Neal*
Eric J. Neal, WSBA ##31863
*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
LETHER & ASSOCIATES, PLLC
1848 Westlake Ave. N., Suite 100
Seattle, WA 98109
Phone: 206 467 5444
Fax: 206 467 5544
eneal@letherlaw.com
tlether@letherlaw.com
*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT CHRISTOPHER A. DIKES - 2

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVE. N., SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544