# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED FINANCIAL CASUALTY COMPANY,
an Ohio corporation,

        Plaintiff,

   v.

CHRISTOPHER A. DIKES, an individual, NATIONAL HEATING COMPANY, a sole proprietorship, JASON HICKS, an individual,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C18-061 RSM

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT: Christopher A. Dikes is not entitled to coverage under the policy issued by United Financial Casualty Company (UFCC). Accordingly, Christopher A. Dikes is not entitled to a defense in the underlying claim made by Jason Hicks to UFCC as claim number 17-2015809 or any related claims made arising from the automobile accident occurring on November 12, 2016. Neither is Christopher A. Dikes entitled to indemnification for any settlement or judgment related to the claims made by Jason Hicks or any related claims made arising from the automobile accident occurring on November 12, 2016.

Dated this 22nd day of March 2018.

WILLIAM M. MCCOOL
Clerk

/s/ Paula McNabb
Deputy Clerk