The Honorable Judge Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. DIKES, an individual, NATIONAL HEATING COMPANY, a sole proprietorship, JASON HICKS, an individual,<br><br>Defendants. | Cause No. 2:18-CV-00061-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JASON HICKS** |

This matter having come before the Court on Plaintiff's Motion for Default Judgment against Jason Hicks, and the Court having considered the Motion and all supporting documents, the Court hereby **GRANTS** the Motion for Default Judgment and enters Judgment against Jason Hicks. as follows:

\\

\\

\\

\\

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JASON HICKS - 1**

Lether & Associates PLLC.
1848 Westlake Ave. N., Suite 100
Seattle, WA 98109
P: (206) 467-5444 F: (206) 467-5544

Jason Hicks is to be bound by the default judgment entered against Christopher A. Dikes on March 22, 2018. Specifically, because this Court has already entered Judgment against Dikes declaring that UFCC owes no defense or indemnity obligation in regard to claims by Hicks, Hicks is bound by that Judgment. To the extent that Hicks secures a judgment, award, or some other relief against Dikes for claim number 17-2015809 or any related claims made arising from the automobile accident occurring on November 12, 2016, Hicks is not entitled to any recovery against the proceeds of the Dikes policy.

SO ORDERED this 3 day of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

LETHER & ASSOCIATES, PLLC

*/s/ Eric J. Neal*
Eric J. Neal, WSBA ##31863
Thomas Lether, WSBA #18089
LETHER & ASSOCIATES, PLLC
1848 Westlake Ave. N., Suite 100
Seattle, WA 98109
Phone: 206 467 5444
Fax: 206 467 5544
eneal@letherlaw.com
tlether@letherlaw.com
*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT JASON HICKS - 2

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVE. N., SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544